

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00137-CV |
| HUDSPETH COUNTY, TEXAS, and The HUDSPETH COUNTY SHERIFF'S OFFICE, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Francisco X. Dominguez, Judge of the 205th District Court of Hudspeth, Texas, and concludes that Relator's petition for writ of mandamus should be conditionally granted. We therefore conditionally grant the petition for writ of mandamus and direct the trial court to issue a ruling on Relators' plea within 20 days of the date of this opinion. The writ will issue only if Respondent does not comply.

IT IS SO ORDERED THIS 26TH DAY OF JUNE 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox, Soto, JJ.